AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Perfect Body Image, LLC., d/b/a Perfect Body Laser and Aesthetics,<br><br>*Plaintiff*<br>v.<br>Perfect Body Aesthetics Studio,<br>Perfect Body LLC,<br>Perfect Body Spa LLC<br>Perfect Body Esthetics LLC<br>Crystal Ireland,<br>*Defendants* | Civil Action No. 24-CV- 00982-RER-LGD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendants' names and addresses)*

Perfect Body Aesthetics Studio
28330 Franklin Road
Southfield, MI 48034

Crystal Ireland
23842 Wendy Lane
Southfield, MI 48075

Perfect Body LLC
25140 Lahser Rd, #113
Southfield, MI 48033

Perfect Body Spa LLC
25140 Lahser Rd, #113
Southfield, MI 48033

Perfect Body Esthetics LLC
17051 W. 10 Mile Road
Southfield, MI 48075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Law Offices of Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Concetta Landow*

Date: 2/8/2024

*Signature of Clerk or Deputy Clerk*